464 A.2d 530

Commonwealth v. Krieg, Appellant.

Submitted March 24, 1983. Ferris Peter Webby, Assistant Public Defender, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.